CV-05736-394                    Hudspeth County - District Clerk

Filed 2/6/2023 3:55 PM
Brenda Sanchez
District Clerk
Hudspeth County, Texas
Lucas Seymour

IN THE JUDICIAL DISTRICT COURT
HUDSPETH COUNTY, TEXAS

| | | |
|---|---|---|
| NAPOLEON SEPULVEDA MORENO | § | |
| LUZ MARIA MARTINEZ CASTRO | § | |
| SANDRA LIZETTE CARDENAS | § | |
| RAMIREZ, individually and | § | |
| Next Friend of S.S.C., minor child, | § | |
| and BRENDA BERENICE CASIAS | § | |
| CARRILLO, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| | § | SUIT NO. CV-05736-394 |
| v. | § | |
| | § | |
| LASALLE CORRECTIONS V LLC, | § | |
| | § | |
| Respondent, | § | |

## PETITION TO PERPETUATE TESTIMONY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, NAPOLEON SEPULVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, SANDRA LIZETTE CARDENAS RAMIREZ, individually and Next Friend of S.S.C., minor child and BERENICE CASIAS CARRILLO ("Petitioners") and file this Petition to Perpetuate Testimony and ask the Court for permission to perpetuate the testimony of the designated representative of LASALLE CORRECTIONS V LLC ("West Texas Detention Facility") as allowed by Rule 202 of the Texas Rules of Civil Procedure. In support thereof, Petitioners would show the Court as follows:

### I.    FACTUAL BACKGROUND

1. Petitioners, NAPOLEON SEPULVEDA MORENO and LUZ MARIA MARTINEZ CASTRO, are residents of San Martin, MCPO, Durango, Mexico. They are the

parents of Jesus Ivan Sepulveda Martinez. They bring this petition as surviving beneficiaries of Jesus Ivan Sepulveda Martinez.

2.      Petitioner, SANDRA LIZETTE CARDENAS RAMIREZ, is a resident of San Martin, MCPO, Durango Mexico. She is the spouse of Jesus Ivan Sepulveda Martinez ("Jesus Martinez"). S.S.C., minor child is the child of Jesus Ivan Sepulveda Martinez. She brings this petition in her individual capacity and as the Next Friend of S.S.C., minor child.

3.      Petitioner, BRENDA BERENICE CASIAS CARRILLO ("BERENICE CASIAS"), is a resident of Potter County. She brings this petition in her individual capacity.

4.      Respondent, LASALLE CORRECTIONS V LLC ("LaSalle Corrections"), is a domestic limited liability company formed and operated under the laws of the State of Texas. The Registered Agent for LaSalle Corrections is Tim Kurpiewski. The registered address of the Registered Agent is 26228 Ranch Road 12, Dripping Springs, TX 78620.

5.      On the evening of September 27, 2022, at around 7:00pm, Jesus Martinez and Berenice Casias, were walking in the desert near Sierra Blanca, Texas which is in Hudspeth County. They were with a small group of people who had stopped to drink water out of a reservoir near Indian Hot Spring Road and FM 1111.

6.      Mark Sheppard and Mike Sheppard were traveling in a truck and stopped near the reservoir. Upon information and belief, the truck was assigned to Mike Sheppard and registered to his employer, LaSalle Corrections V LLC. LaSalle Corrections operates the West Texas Detention Facility – a privately run 1,053 bed West Texas detention center in Sierra Blanca, Texas.

7.      Mike Sheppard was employed as a warden at LaSalle Corrections V LLC. In his position, he was the highest-ranking management person stationed at the facility and had the authority to employ, direct, and fire employees.

Petition to Perpetuate Testimony - Page | 2

8. Mark Sheppard was employed as a detention officer. The two men are fraternal twins.

9. Mike Sheppard exited the truck with a shotgun, leaned on the hood of the truck and fired two rounds. Mike Sheppard shot Jesus Martinez in the face and killed him. He also shot Berenice Casias in the abdomen and she survived her injuries. Prior to the shots being fired, one of the persons present with the group heard one of the Sheppard brothers shout in Spanish something to the effect of "Come out you sons of bitches," and "Come out, you little assholes!"

10. Up until some time in 2019, LaSalle Corrections detained migrants for Immigration and Customs Enforcement. In 2018, the legal clinics at Texas A&M, University of Texas, along with a non-profit, RAICES, released a report, after investigating the treatment of 80 detainees from February 23, 2018 to March 2, 2018, that found detainees were subjected to numerous abuses including physical assault, sexual abuse, arbitrary discipline including the indiscriminate use of pepper spray, solitary confinement, racial slurs and denial of medical care. Upon information and belief, Mike Sheppard was the warden during this time of documented abuses towards immigrants and Mark Sheppard was a detention officer.

## II.    REASON AND SUBJECT MATTER

11. Petitioners seek to investigate a potential claim or suit. Petitioners anticipate the initiation of a suit in which the Petitioners may be a party and/or Petitioners seek to investigate a potential claim by Petitioners.

12. The subject matter of the anticipated action is negligence (negligent hiring/negligent retention/negligent supervision), wrongful death, and respondeat superior liability for the intentional torts of Mike Sheppard.

13.    The likely benefit of allowing Petitioners to take the requested deposition to investigate a potential claim outweighs the burden or expense of the deposition.

### III.    POTENTIAL ADVERSE PARTY

14.    In the anticipated suit, Petitioners expect that LaSalle Corrections V LLC may have an adverse interest to Petitioners.  The business address of Respondent in Hudspeth County is 401 South Vaquero Ave, Sierra Blanca, Texas 79851 and its telephone number is (915) 369-2272.

### DEPONENT REQUESTED

15.    Petitioners seek the deposition of the corporate representative of Respondent, or, in the alternative, a designated representative of Respondent.  The substance of testimony that Petitioners seek to elicit from Respondent's corporate representative is the following:

> (a)    When Mike Sheppard was hired by Respondent, his job title and his job duties;
>
> (b)    When Mark Sheppard was hired by Respondent, his job title, and his job duties;
>
> (c)    Respondent's policy in scheduling work shifts and the specific hours that Mike Sheppard and Mark Sheppard were scheduled to work on the day of the incident;
>
> (d)    Respondent's work schedules and hours worked by Mike Sheppard and Mark Sheppard during the week of September 27, 2022;
>
> (e)    Respondent's policy with respect to the availability and obligations of the warden of LaSalle Corrections when not present at the detention facility;
>
> (f)    Hiring practices including pre-hiring investigations and specifically any pre-hiring actions taken with respect to the hiring of Mike Sheppard and Mark Sheppard;

(g)    All information available to Respondent prior to the hiring of Mike Sheppard and Mark Sheppard regarding their past conduct and character;

(h)    All complaints or allegations against Mike Sheppard and Mark Sheppard while they were employed with Respondent and any actions taken in response to those complaints and allegations;

(i)    Any investigations or review of the conduct of Mike Sheppard and Mark Sheppard while they were employed with Respondent;

(j)    Any knowledge by Respondent of the conduct described in a 2018 report by University of Texas and Texas A & M and RAICES of incidences of abuse at LaSalle Corrections;

(k)    The disciplinary history of Mike Sheppard and Mark Sheppard while they were employed with Respondent;

(l)    The ownership, registration and assignment of the truck that Mike Sheppard was driving on the day of the incident;

(m)    The ownership, registration and assignment of any firearms to Mike Sheppard and Mark Sheppard by Respondent;

(n)    Description of the uniforms, badges, identification cards and all other items that Respondent issued to Mike Sheppard and Mark Sheppard and Respondent's policies with respect to these items;

(o)    Knowledge of documents produced at deposition.

## IV.    DOCUMENTS REQUESTED

16.    Any records related to the hiring of Mike Sheppard and Mark Sheppard including any pre-hiring investigation of the two men;

(a)     Any records related to the job duties assigned to Mike Sheppard and Mark Sheppard, including job descriptions;

(b)     Any documents describing the scheduling of work shifts and the duties and obligations of Respondent's employees on and off shift;

(c)     Any document describing the obligations and duties of the warden of LaSalle Corrections;

(d)     Any documents describing the pre-hiring policies of Respondent including pre-hiring investigations of potential employees;

(e)     Any documents available to Respondent regarding the past conduct and character of Mike Sheppard and Mark Sheppard;

(f)     Any documents showing complaints or allegations against Mike Sheppard and Mark Sheppard while they were employed with Respondent and any documents showing actions taken or not taken in response to those complaints and allegations;

(g)     Any documents reflecting any investigations or reviews of the conduct of Mike Sheppard and Mark Sheppard, including any disciplinary history of the two men;

(h)     Any documentation of the issues addressed in the 2018 report by University of Texas and Texas A & M and RAICES of incidences of abuse at LaSalle Corrections, including the actual 2018 report;

(i)     Any records related to the truck that Mike Sheppard was driving on the day of the incident including proof of ownership, registration, and records showing who the truck was assigned to on the day of the incident;

(j)     Any records related to the ownership, registration and assignment of any firearms to Mike Sheppard and Mark Sheppard by Respondent;

(k)     Any documents reflecting any investigation and action taken by Respondent in response to the shooting by Mike Sheppard on September 27, 2022.

(l)     Any documents reflecting the work schedules and hours worked by Mike Sheppard and Mark Sheppard during the week of September 27, 2022.

17.     Hudspeth County is the proper county for this Petition because Hudspeth County is the venue of the anticipated suit where all or a substantial part of the cause of action arose. It is also the venue in which Respondent and witnesses reside.

For these reasons, Petitioners ask the Court to grant this petition and order the deposition requested and order the production of documents, and such other and further relief as may be just and equitable.

SIGNED: February 6, 2023                    Respectfully submitted,

COYLE & BENOIT, PLLC
2515 N. Stanton St.
El Paso, Texas 79902
(915) 532-5544
Fax (915) 532-5566

By:     */s/ Lynn Coyle*
LYNN COYLE
Texas Bar No. 24050049
lynn@coylefirm.com
CHRISTOPHER BENOIT
Texas Bar No. 24068653
chris@coylefirm.com

***Attorneys for Petitioners***

IN THE JUDICIAL DISTRICT COURT
HUDSPETH COUNTY, TEXAS

| | |
|---|---|
| NAPOLEON SEPULVEDA MORENO § | |
| LUZ MARIA MARTINEZ CASTRO § | |
| SANDRA LIZETTE CARDENAS § | |
| RAMIREZ, individually and § | |
| Next Friend of S.S.C., minor child, § | |
| and BRENDA BERENICE CASIAS CARRILLO, § | |
| § | |
| Petitioners, § | |
| § | |
| v. § | SUIT NO. CV-_____ |
| § | |
| LASALLE CORRECTIONS V § | |
| LLC, § | |
| § | |
| Respondent, § | |

**VERIFICATION**

(Texas Civil Practice and Remedies Code, Section 132.001)

My name is Brenda Berenice Casias Carrillo.

My date of birth is December 5, 1991.

My address is 1308 N Lake St., Amarillo, TX 79107, Potter County, Texas in the United States.

I declare under penalty of perjury that all information in the attached document, titled Petition to Perpetuate Testimony is true and correct.

Signed in Potter County, Texas on this January 18 , 2023.

*Berenice Carrillo*
Berenice carrillo (Jan 18, 2023 10:43 CST)

Brenda Berenice Casias Carrillo