Case 3:24-cv-00059-DB Document 6 Filed 03/26/24 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, Individually and §
Next Friend of S.S.C., minor child, §
Individually and for and on behalf of §
All Those Who Are Entitled To Recover §
Under The Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
    *Plaintiffs*, §
§
v. §     CIVIL ACTION NO. 3:24-CV-00059-DB
§
LASALLE CORRECTIONS V LLC, §
§
    *Defendant*, §

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME

On this day came to be considered Plaintiffs' Unopposed Motion for Extension to Time

to file Their Response to Defendant's Motion to Dismiss or for Alternative Relief ("Motion") in

the above-styled and numbered cause. After due consideration, the Court finds that the Motion

should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs' Response to Defendant's Motion to Dismiss

or for Alternative Relief is hereby due on or before April 15, 2024.

SIGNED AND ENTERED this 26ᵀ day of _MARCH_, 2024.

_____
HON. DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE