IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, Individually and Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant,* | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT**

On this day came to be considered Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint (Plaintiffs' motion) in the above-styled and numbered cause. After due consideration, the Court finds that the following order should be entered.

IT IS HEREBY ORDERED that the Plaintiffs' motion in the above-styled and numbered cause is GRANTED.

The Clerk is directed to FILE Plaintiff's First Amended Complaint.

SIGNED AND ENTERED this 15ᵀ day of _____APRIL_____, 2024

_____
Hon. David. Briones
Senior U.S. District Judge

1