IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, Individually and Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant*, | § | |

**<u>ORDER</u>**

On this day, the Court considered Plaintiffs' Corrected Response to Defendant's Motion to Dismiss [ECF 8], filed on April 15, 2024. On April 12, 2024, Plaintiffs' Unopposed Motion to File Plaintiffs' First Amended Complaint. On April 15, 2024, the Court granted Plaintiffs' motion to file their First Amended Complaint, and subsequently directed the Clerk of the Court to file the First Amended Complaint. Therefore, the Court denies Defendant's Motion to Dismiss as moot as the First Amended Complaint is the active pleading in this matter.

**The Honorable David Briones**
**Senior United States District Judge**