IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, <br> and LUZ MARIA MARTINEZ CASTRO, <br> and SANDRA LIZETTE CARDENAS <br> RAMIREZ, as Next Friend of <br> S.S.C., minor child, <br> Individually and for and on behalf of <br> All Those Who Are Entitled To Recover <br> Under The Texas Wrongful Death <br> and Survival Acts for the Death of <br> JESUS IVAN SEPÚLVEDA MARTINEZ, <br> and BRENDA BERENICE CASIAS <br> CARRILLO, <br><br>     *Plaintiffs*, <br><br> v. <br><br> LASALLE CORRECTIONS V LLC, <br><br>     *Defendant*, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br><br><br><br><br><br><br> CIVIL ACTION NO. 3:24-CV-00059-DB <br><br> Jury Trial Demand |

---

**MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

---

TO THE HONORABLE DAVID BRIONES, SENIOR DISTRICT JUDGE:

Plaintiffs and LaSalle Corrections V LLC file this proposed Scheduling Order for the Court's consideration.

*<Signature page follows.>*

1

Respectfully submitted,

BENOIT LEGAL, PLLC                    KEMP SMITH LLP
The Law Center                       P.O. Box 2800
311 Montana Ave, Suite B             El Paso, Texas 79999-2800
El Paso, Texas 79902                 915.533.4424
(915) 532-5544                       915.546.5360 (Facsimile)
(915) 532-5566—Facsimile


By: ___/s/ Christopher Benoit        By: ___/s/ (by email permission 5/8/2024)
    CHRISTOPHER BENOIT                    VALERIE R. AUGER
    State Bar No. 24068653                Valerie.Auger@kempsmith.com
     chris@coylefirm.com                  State Bar No. 24076251
                                          SEBASTIAN NUNEZ
                                          Sebastian.Nunez@kempsmith.com
                                          State Bar No. 24110169


*Attorneys for Plaintiffs*                    *Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing document was served on all parties through their counsel of record through the Court's electronic filing system on this 8th day of May, 2024.

/s/ Christopher Benoit
CHRISTOPHER BENOIT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, | § | |
| and LUZ MARIA MARTINEZ CASTRO, | § | |
| and SANDRA LIZETTE CARDENAS | § | |
| RAMIREZ, as Next Friend of | § | |
| S.S.C., minor child, | § | |
| Individually and for and on behalf of | § | |
| All Those Who Are Entitled To Recover | § | |
| Under The Texas Wrongful Death | § | |
| and Survival Acts for the Death of | § | |
| JESUS IVAN SEPÚLVEDA MARTINEZ, | § | |
| and BRENDA BERENICE CASIAS | § | |
| CARRILLO, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| | § | |
| LASALLE CORRECTIONS V LLC, | § | |
| | § | Jury Trial Demand |
| *Defendant*, | § | |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1.      A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by **September 3, 2024**.

2.      The Plaintiff shall file all motions to amend or supplement pleadings which assert new causes of action or defenses **August 5, 2024.** The Defendant shall file all motions to amend or supplement pleadings which assert new causes of action or defenses by **August 19, 2024.**

3.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **November 1, 2024.**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **December 17, 2024**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **30** days of receipt of the written report of the expert's proposed testimony, or not later than **30** days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **January 31, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **March 1, 2025**.

8. This case is set for trial [docket call, or jury selection] on _____ at _.m. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

**SIGNED** this _____ day of _____, 2024.


_____
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**