IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>LASALLE CORRECTIONS V LLC,<br><br>*Defendant*, | §§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 3:24-CV-00059-DB |

## ORDER

Having considered Defendant LaSalle Corrections V LLC's Second Motion to Dismiss or for Alternative Relief [ECF 13] and Plaintiffs' Response to Defendant's Second Motion to Dismiss [ECF 17], in the above-styled and numbered cause, this Court is of the opinion that said motion should be **DENIED**.

It is therefore ORDERED that Defendant LaSalle Corrections V LLC's Second Motion to Dismiss or for Alternative Relief [ECF 13] is **DENIED**.

**SIGNED AND ENTERED** this 10th day of May, 2024.

The Honorable David Briones
Senior United States District Judge