IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, <br><br>*Plaintiffs*, <br><br>v. <br><br>LASALLE CORRECTIONS V LLC, <br><br>*Defendant*, | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-00059-DB <br><br> Jury Trial Demand |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by **September 3, 2024**.

2. The Plaintiff shall file all motions to amend or supplement pleadings which assert new causes of action or defenses **August 5, 2024.** The Defendant shall file all motions to amend or supplement pleadings which assert new causes of action or defenses by **August 19, 2024.**

3. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **November 1, 2024..** Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **December 17, 2024.** All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **30** days of receipt of the written report of the expert's proposed testimony, or not later than **30** days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **January 31, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **March 1, 2025**.

8. This case is set for trial [docket call, or jury selection] on **5/27/25** at **9:00** a.m. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

SIGNED this **15** day of **MAY**, 2024.

/s/ David Briones
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**