**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NAPOLEON SEPULVEDA MORENO et al.,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. 3:24-CV-00059-DB** |
| | § | |
| **LASALLE CORRECTIONS V LLC,** | § | |
|     **Defendant.** | § | |

**ORDER ON MOVANT'S MOTION TO QUASH SUBPOENA**
**AND MOTION FOR PROTECTIVE ORDER**

Came on this day, Movant's Motion to Quash Subpoena Duces Tecum and Motion for Protective

Order filed on behalf of Movant EL PASO COUNTY DISTRICT ATTORNEY'S OFFICE.

Having considered said motion, the Court is of the opinion that said motion is hereby:

_____ **GRANTED**　　　　_____**DENIED.**

Dated: _____, 2024.

_____
**JUDGE PRESIDING**

5