IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, Individually and §
Next Friend of S.S.C., minor child, §
Individually and for and on behalf of §
All Those Who Are Entitled To Recover §
Under The Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§      Civil Action No. 3:24-CV-00059-DB
        *Plaintiffs*, §
§
v. §
§
LASALLE CORRECTIONS V LLC, §
§
        *Defendant*, §

# **O R D E R**

On this day, came on to be considered the Plaintiff's Unopposed Motion for Extension to Respond to Non-Party Movant's Motion to Quash Subpoena and Motion for Protective Order. The Court having considered the Motion finds good cause exists for the requested extension, and the Motion should be GRANTED.

IT IS HEREBY ORDERED that the deadline for Plaintiff's response to Non-Party Movant's Motion to Quash Subpoena and Motion for Protective Order be moved from **September 10, 2024** to **September 17, 2024.**

SIGNED this __10th__ day of ____SEPT.____, 2024.

_____
The Honorable David Briones
Senior United States District Judge