IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | Jury Trial Demand |
| *Defendant*, | § | |

**PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' RESPONSE TO NON-PARTY DISTRICT ATTORNEY'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

Plaintiff supplements her Response to Non-Party District Attorney for the 34th Judicial District of Texas Bill Hicks' motion to quash subpoena with the attached proposed order.

Respectfully submitted,

BENOIT LEGAL, P.L.L.C.
The Law Center
311 Montana Ave, Suite B
El Paso, Texas 79902
Ph: (915)532-5544 / Fax: (915)532-5566


   /s/ *Christopher Benoit*
CHRISTOPHER BENOIT
Texas Bar No. 24068653
chris@coylefirm.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will cause all parties or counsel of record to be served by electronic means.

           /s/ Christopher Benoit
           **Christopher Benoit**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant*, | § | |

## **ORDER**

Having considered Non-party District Attorney for the 34th Judicial District of Texas Bill Hicks' (Movant) motion to quash subpoena served on Movant on August 21, 2024 (motion), Plaintiffs' Response to Movant's motion, and all other argument in the above-styled and numbered cause, this Court is of the opinion that said motion should be **DENIED**.

It is therefore ORDERED that Movant's motion seeking a protective order and quashing the subpoena is hereby **DENIED**.

Movant is ordered to respond in full to Plaintiffs' subpoena subject to a mutually agreeable confidentiality and protective order in this matter.

The parties and movant are ordered to file a confidentiality and protective order in this case within seven days of this Order.

**SIGNED AND ENTERED** this ____ day of _____, 2024.

_____
**The Honorable David Briones**
**Senior United States District Judge**