**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| NAPOLEON SEPULVEDA MORENO et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 3:24-CV-00059 DB |
| | § | |
| LASALLE CORRECTIONS V LLC, et.al | § | |
|     Defendants. | § | |

**ORDER GRANTING NON-PARTY MOVANT BILL D. HICKS'
MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS'
RESPONSE TO MOVANT'S MOTION TO QUASH SUBPOENA
AND MOTION FOR PROTECTIVE ORDER**

On this day, came on to be considered Non-Party Movant District Attorney for the 34th Judicial District of Texas Bill Hicks' Motion for Extension of Time to file a Reply to Plaintiffs' Response to Movant's Motion to Quash Subpoena and Motion for Protective Order. The Court having considered the Motion finds good cause exists for the requested extension, and the Motion should be GRANTED.

IT IS HEREBY ORDERED that the deadline for Non-Party Movant District Attorney for the 34th Judicial District of Texas Bill Hicks' reply Plaintiffs' Response to Non-Party Movant's Motion to Quash Subpoena and Motion for Protective Order be moved from September 24, 2024 to September 30, 2024.

SIGNED this _**25**_ day of _**SEPT.**_, 2024

_____
HON. DAVID BRIONES
UNITED STATES DISTRICT JUDGE