## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **NAPOLEON SEPULVEDA MORENO et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| | § | **EP-24-CV-00059-DB** |
| **v.** | § § | |
| | § | |
| **LASALLE CORRECTIONS V LLC, et al.,** | § § | |
| **Defendants.** | § § | |

## ORDER FOR *IN CAMERA* REVIEW

On this day, the Court considered Non-Party Movant Bill D. Hicks' (Movant's) "Reply to Plaintiffs' Response to Movant's Motion to Quash Subpoena and Motion for Protective Order," ("Reply") filed on September 30, 2024, ECF No. 39. In his reply, Movant states that "the documents and items requested by Plaintiff are not documents or items originally prepared and kept by Movant," *Id.* at 1, but instead are documents that are "prepared and kept by . . . the Texas Rangers." *Id.* And that "Movant has no control over the [Texas] Rangers' investigative process." *Id.* He further advises that the Rangers "have not concluded their investigation" and therefore "prosecution is tied until all documents are turned over." *Id.*

Attached to Movant's Reply is the Affidavit of Assistant District Attorney Ray Duke. *See* Affidavit ("Aff.") of Assistant District Attorney Ray Duke, Ex. 1, Reply, ECF No. 39. In his Affidavit, Assistant District Attorney Duke advises the Court that "the El Paso District Attorney's Office has compiled a complete copy of what it has in its possession and divided it into the various item numbers for an in-camera inspection." Aff. 6, Ex. 1, Reply, ECF No. 39. He then goes on to list the folders "identified by Item#: 1, 2, 3, 4, 5, 6, 11, 17, 22, 23." *Id.*

The Court now **ORDERS** Non-Party Movant Bill D. Hicks, through his representative, to deliver to the Chambers of Senior United States District Judge David Briones at the Albert Armendariz United States Courthouse at 525 Magoffin Ave., El Paso, Texas, 79901, Ste. 761, **ALL** of the available documents, subject to the subpoena served on the 34th Judicial District Attorney's Office on August 21, 2024, ECF No. 31, or otherwise in the **POSSESSION** of Non-Party Movant Bill D. Hicks, which **INCLUDE BUT ARE NOT LIMITED TO** the items contained in Folders: 1, 2, 3, 4, 5, 6, 11, 17, 22, and 23, for an *in camera* review. These items are to be delivered directly to the Chambers of Judge David Briones on Tuesday, October 15, 2024 by 4:00pm.

SIGNED this _1st_ day of **October 2024.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

2