**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **SEPULVEDA MORENO et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **EP-24-CV-00059-DB** |
| | § | |
| **LASALLE CORRECTIONS V LLC,** | § | |
| **Defendant.** | § | |

## ORDER TO MOVANT TO COMPLY WITH FILING PROCEDURE

On this day the Court sua sponte considered the above-referenced case. The Court now orders Non-Party Movant Bill Hicks to comply with the procedure designated by the District Clerk for the Western District of Texas for non-paper media such as photos on a CD, audio recordings, and video recordings, etc., that will be made available to Plaintiffs Napoleon Sepulveda Moreno, Luz Maria Martinez Castro, Sandra Lizette Cardenas Ramirez, and Brenda Berenice Casias Carrillo through their counsel, as well as to Movant Bill Hicks, through his counsel.

**IT IS HEREBY ORDERED** that Movant Bill Hicks **FOLLOW** the attached instructions in submitting any non-paper media, including but not limited to, photographs on CDs, video recordings, and audio recordings contained in items: 1, 2, 3, 4, 5, 6, 11, 17, 22, and 23, as was previously ordered for an *in camera* inspection by this Court on October 1, 2024. *See* Order for *In Camera* Review, ECF No. 40.

**IT IS FURTHER ORDERED** that Movant Bill Hicks contact the United States District Clerk's Office for the Western District of Texas – El Paso Division for further instructions on how to submit the requested non-paper media.

**IT IS FINALLY ORDERED** that all media be sent to District Clerk for the Western District of Texas – El Paso Division, in compliance with the filing procedures, within fourteen (14) days of this Order.

SIGNED this ___9th___ day of **October 2024**.

_____
THE HONORABLE DAVID BRIONES
**SENIOR UNITED STATES DISTRICT JUDGE**

Jury Evidence Recording System (JERS) Requirements

**Time Frame for Submitting Exhibits**
All files must be submitted based on the deadline set by the presiding Judge or CRD associated with your case. Your timeliness in submitting these files will assist the Court in preparing for the trial. Exhibits submitted that do not meet the Court's requirements will be returned for correction.

**How to Submit Electronic Files**
All requests to submit electronic files/media to the Courts must be completed through Box.com. Please notify the Clerk's Office of your intent to submit electronic files/media and the Clerk's Office will provide you with an email containing a link to upload documents through Box.com link. To upload documents, simply drag and drop the individual files into the link provided. Thereafter, a notice of filing in pleading format should be submitted notating the exhibits that are being sent to the Court through Box.com. This notice will be e-filed into the case on CM/ECF. The caption of the index will state what document the exhibits are supporting.

**Requirements for Exhibit File Types**
All electronic evidence must be provided using the following formats:

- Documents and Photographs: .pdf, .jpg, .bmp, .tif, .gif
- Video and Audio Recordings: .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav, .3gpp

**VERY Important:**      The individual file size of **documents (pdf)** should not exceed **10 MB.**
**Do not include** active links or embedded launches in submitted PDF exhibits.
The individual file size of **audio** and **video** should not exceed **500 MB.**

If possible, exhibits approaching or exceeding this size limit should be separated into multiple files. PDF documents can often be reduced significantly in size by using tools such as Adobe's "Reduce File Size" feature. Images can be significantly reduced in file size by lowering its resolution or dimensions, usually with minimal affect to viewing quality.

**Naming Your Files**
All file names **MUST** be named using the following naming convention. Not using this exact naming convention will cause problems in our office when uploading your exhibit files. The file name begins with the exhibit number, followed by an underscore to designate that the remaining text of the file name is the description of the exhibit.

**EXHIBIT**
Exhibit Number(underscore)Exhibit Description(.)File Exension          < **Important**

Example:      1_Photograph of Gun.PDF

**Note:** An underscore MUST be placed between the exhibit number and exhibit description. DO NOT use an underscore anywhere else in the exhibit file name.

**SUB EXHIBIT**
Exhibit Number(dash)Sub Letter(Underscore)Exhibit Description(.)File Extension

Example:      1-A_Photograph of Gun Marked Up.pdf

**Note:** For Sub Exhibits, place a dash between exhibit number and sub letter. The underscore is then placed after the sub letter.

## Examples of Valid Exhibit File Names:

| Exhibit | Exhibit File Name |
|---|---|
| 1.Photograph | 1_Photograph.jpg |
| 1.A.Photograph – Marked Up | 1-A_Photograph Marked.jpg |
| | |
| 2.2009 Tax Return | 2_2009 Tax Return.pdf |
| 2.A. Schedule F | 2-A_Schedule F.pdf |
| 2.A1. Schedule F Marked Up | 2-A1_Schedule F Marked Up.pdf |
| 2.A2. Schedule F Revised | 2-A2_Schedule F Revised.pd |
| 2.B. Schedule H | 2-B_Schedule H.pdf |
| | |
| 3.Camera Footage | 3_Camera Footage.wmv |

## JERS Orders Exhibits in the following manner:

| Exhibit # | Part |
|---|---|
| 1 | |
| 1 | A1 |
| 1 | A2 |
| 1 | AA1 |
| 1 | AA2 |
| 1 | AAA1 |
| 1 | AAA2 |
| 1 | B1 |
| 1 | B2 |

## Label Your Exhibits Stickers

The exhibit number needs to be clearly displayed on the **first page** of each exhibit.

i.e. **"P 1"** or **"Plaintiff Exhibit 1"** appended on the bottom right-hand corner, either typed or written on the following label:

Plaintiff's Exhibits

Important

i.e. **"D 1"** or **"Defendant Exhibit 1"** appended on the bottom right-hand corner, either typed or written on the following label:

Defendant's Exhibits

i.e. **"G 1"** or **"Government Exhibit 1"** appended on the bottom right-hand corner, either typed or written on the following label:

Government's Exhibit

i.e. **"J 1"** or **"Joint Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:


Joint Exhibits

2/20/2024