IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, as Next Friend of S.S.C., §
minor child, Individually and for and §
on behalf of All Those Who Are Entitled to §
Recover Under the Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
    *Plaintiffs*, §
§
v. §    CIVIL ACTION NO. 3:24-CV-00059-DB
§
LASALLE CORRECTIONS V LLC, §
§
    *Defendant*. §

## PARTIES' JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

COME NOW, Plaintiffs, NAPOLEON SEPÚLVEDA MORENO, LUZ MARIA

MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, individually and

Next Friend of S.S.C., minor child, Individually and for and on behalf of all those who are

entitled to recover under the Texas Wrongful Death and Survival Acts for the death of JESUS

IVAN SEPÚLVEDA MARTINEZ, and BERENICE CASIAS CARRILLO, by their undersigned

attorney, and Defendant, LASALLE CORRECTIONS V LLC, file this their Joint Motion for

Modification of Scheduling Order ("Motion") in the above styled and numbered cause, and

would respectfully show the Court the following:

1. As the Court is aware, this case involves causes of action stemming from the 2022

shooting of two individuals in Hudspeth County. The parties are engaged in discovery involving

both the occurrence of the shooting itself and the alleged shooting party's employment relationship to Defendant.

2.  This Court entered its Scheduling Order in this case on May 15, 2024. [ECF No. 19]. The Court set a discovery deadline of January 31, 2025.

3.  Since then, both parties have diligently pursued discovery in this matter. The parties have worked to ensure exchange of responsive documentation to discovery and have started taking depositions of fact witnesses.

4.  Plaintiffs have also been pursuing third party documentation from various governmental entities involved in the shooting – including the Texas District Attorney for the 34th Judicial District ("the DA") – which holds the bulk of the criminal investigation.

5.  To date, the parties have taken the depositions of the two persons involved in the shooting and a third fact witness and have a fourth deposition set for next week. The parties are also coordinating several other depositions for December and/or January.

6.  The parties also scheduled a mediation for November 18, 2024 in compliance with the Court's order.

7.  At the same time, as the Court is aware, there has been briefing and an order from this Court regarding the production of documents from the DA. Given the timeline set forth by the Court, the parties do not anticipate being able to review these records until October 30 at the earliest. [ECF No. 41].

8.  The parties anticipate that the production from the DA will be voluminous. More importantly, it will require the parties to review and identify potential expert witnesses who can speak to the circumstances surrounding the 2022 shooting in order to prepare for trial.

9.  Following this production, the parties anticipate that they will need time to review the production, effectively identify possible non-retained experts to address the circumstances of the shooting and take their deposition, and possibly retain needed experts.

10. Similarly, until the parties are able to have a full assessment of discovery, they do not feel that they are prepared to mediate this matter in an efficient manner.

11. For this reason, the parties request that the Court move back several deadlines in order to allow them to proceed in these unusual circumstances.

12. The parties, however, are mindful of the Court's scheduling order and do not wish to disrupt the Court's trial date in this matter.

13. Therefore, the parties respectfully request that the Court modify the scheduling order in the following manner to allow them time to proceed in an orderly fashion with discovery while preserving the Court's trial docket:

    a.  Plaintiff's Expert Designation Deadline:

        i.  Current deadline: November 1, 2024

        ii. Proposed new deadline: February 7, 2025[1]

    b.  Defendant's Expert Designation Deadline:

        i.  Current deadline: December 17, 2024

        ii. Proposed new deadline: March 7, 2025

    c.  Mediation Deadline:

        i.  Current deadline: November 18, 2024

        ii. Proposed new deadline: January 31, 2025

    d.  Discovery Deadline:

        i.  Current deadline: January 31, 2025

---

[1] The parties will stipulate to conducting expert depositions in March pursuant to Fed. R. Civ. P. 29, if needed.

      ii.  Proposed new deadline: March 21, 2025

  e.  Dispositive Motion Deadline:

      i.  Current deadline: March 1, 2025

      ii.  Proposed new deadline: April 4, 2025

For these reasons, the parties have established good cause for seeking modification of the scheduling order. Such a request is not made for the purpose of delay, but to advance the litigation in an orderly and productive manner.

WHEREFORE, the parties respectfully request that the Court grant this motion and amend the above deadlines on the Court's scheduling order accordingly.

Respectfully submitted,

**BENOIT LEGAL, PLLC**
The Law Center
311 Montana Ave., Suite B
El Paso, Texas 79902
chris@coylefirm.com

*/s/ Christopher Benoit*
**Christopher Benoit**
NM No. 15097

and

**KEMP SMITH LLP**
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (Facsimile)

*/s/ Valerie R. Auger*
By:  **VALERIE R. AUGER**
State Bar No. 24076251
Valerie.Auger@kempsmith.com
**SEBASTIAN NUÑEZ**
State Bar No. 24110169
Sebastian.Nunez@kempsmith.com

*Attorneys for LaSalle Corrections V LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will cause all parties or counsel of record to be served by electronic means.

/s/ Christopher Benoit
**Christopher Benoit**