IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, as Next Friend of S.S.C., §
minor child, Individually and for and §
on behalf of All Those Who Are Entitled to §
Recover Under the Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
    *Plaintiffs*, §
§
v. §     CIVIL ACTION NO. 3:24-CV-00059-DB
§
LASALLE CORRECTIONS V LLC, §
§
    *Defendant*, §

## ORDER ON PARTIES' JOINT MOTIO   TO MODIFY SCHEDULING ORDER

On this day, came on to be considered the Parties' Joint Motion for Modification of Scheduling Order. The Court having considered the Motion finds good cause exists for the requested extension, and the Motion should be GRANTED.

IT IS HEREBY ORDERED that the scheduling order is modified as follows:

    a. Plaintiff's Expert Designation Deadline:

        i. Current deadline: November 1, 2024

        ii. New deadline: February 7, 2025[1]

    b. Defendant's Expert Designation Deadline:

        i. Current deadline: December 17, 2024

---

[1] The parties will stipulate to conducting expert depositions in March pursuant to Fed. R. Civ. P. 29, if needed.

      ii.  New deadline: March 7, 2025

c.  Mediation Deadline:

      i.  Current deadline: November 18, 2024

      ii.  New deadline: January 31, 2025

d.  Discovery Deadline:

      i.  Current deadline: January 31, 2025

      ii.  New deadline: March 21, 2025

e.  Dispositive Motion Deadline:

      i.  Current deadline: March 1, 2025

      ii.  New deadline: April 4, 2025

SO ORDERED.

SIGNED this __30th__ day of _____OCT._____, 20_24_.

_____

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE