IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § | |
| | § | Jury Trial Demand |
| *Defendant*, | § | |

## PARTIES' SECOND JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

COME NOW, Plaintiffs, NAPOLEON SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, individually and Next Friend of S.S.C., minor child, Individually and for and on behalf of all those who are entitled to recover under the Texas Wrongful Death and Survival Acts for the death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BERENICE CASIAS CARRILLO, by their undersigned attorney, and Defendant, LASALLE CORRECTIONS V LLC, file this their Second Joint Motion for Modification of Scheduling Order ("Motion") in the above styled and numbered cause, and would respectfully show the Court the following:

1. As the Court is aware, this case involves causes of action stemming from the 2022 shooting of two individuals in Hudspeth County. The parties are engaged in discovery involving

46N2863

both the occurrence of the shooting itself and the alleged shooting party's employment relationship to Defendant.

2. This Court entered its Scheduling Order in this case on May 15, 2024. [ECF No. 19]. The Court set a discovery deadline for November 18, 2024, for mediation.

3. The parties had also scheduled a mediation for November 18, 2024, in compliance with the Court's order.

4. On October 29, 2024, the parties made a Joint Motion for Modification of Scheduling Order [ECF No. 55].

5. On October 30, 2024, the Court entered Judge Briones' Order on Parties' Joint Motion to Modify Scheduling Order [ECF No. 56].

6. Since then, both parties have diligently pursued discovery in this matter. The parties have worked to ensure exchange of responsive documentation to discovery and have started taking depositions of fact witnesses.

7. The parties continue to need time to review the production, effectively identify possible non-retained experts to address the circumstances of the shooting and take their deposition, and possibly retain needed experts.

8. Similarly, until the parties are able to have a full assessment of discovery, they do not feel that they are prepared to mediate this matter in an efficient manner.

9. For this reason, the parties request that the Court move back the current mediation deadline of January 31, 2025, to allow them to proceed in these unusual circumstances.

10. The parties have subsequently scheduled mediation of this matter for February 20, 2025.

11. The parties, however, are mindful of the Court's scheduling order and do not wish to disrupt the Court's trial date in this matter.

12. Therefore, the parties respectfully request that the Court modify the scheduling order in the following manner to allow them time to proceed in an orderly fashion with mediation while preserving the Court's trial docket:

    a. Mediation Deadline:

        i. Current deadline: January 31, 2025

        ii. Proposed new deadline: February 20, 2025

For these reasons, the parties have established good cause for seeking modification of the scheduling order.  Such a request is not made for the purpose of delay, but to advance the litigation in an orderly and productive manner.

WHEREFORE, the parties respectfully request that the Court grant this motion and amend the above deadlines on the Court's scheduling order accordingly.

<p align="center"><em><strong>&lt;Signature page follows.&gt;</strong></em></p>

Respectfully submitted,

**BENOIT LEGAL, PLLC**
The Law Center
311 Montana Ave., Suite B
El Paso, Texas 79902
chris@coylefirm.com


  */s/ Christopher Benoit via email permission*
**Christopher Benoit**
NM No. 15097

*Attorneys for Plaintiffs*


and


**KEMP SMITH LLP**
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (Facsimile)


*Valerie R. Auger*

By:    **VALERIE R. AUGER**
State Bar No. 24076251
Valerie.Auger@kempsmith.com
**SEBASTIAN NUÑEZ**
State Bar No. 24110169
Sebastian.Nunez@kempsmith.com

*Attorneys for LaSalle Corrections V LLC*

## CERTIFICATE OF SERVICE

        I hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will cause all parties or counsel of record to be served by electronic means.


*Valerie R. Auger*

**Valerie R. Auger**