IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant*, | § § | Jury Trial Demand |

## ORDER ON PARTIES' SECOND JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

On this day, came to be considered the Parties' Second Joint Motion for Modification of Scheduling Order. The Court having considered the Motion finds good cause exists for the requested extension, and the Motion should be GRANTED.

IT IS HEREBY ORDERED that the scheduling order is modified as follows:

a. Mediation Deadline:

    i. Current deadline: January 31, 2025

    ii. New deadline: February 20, 2025

SO ORDERED.

SIGNED this ____30th____ day of ____January_____, 2025.

_____
THE HONORABLE DAVID BRIONES