IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEON SEPULVEDA MORENO
et al.,
   Plaintiff,

                             NO. 3:24-CV-00059-(DB)

VS.

LASALLE CORRECTIONS V LLC.,
   Defendant.

## ORDER

On this day came to be considered the Unopposed Motion of Non-Party Hudspeth County, Texas to Withdraw its Motion to Quash/Modify Subpoena filed on December 26, 2024 (ECF No. 60).

The Court, after considering the Motion and taking judicial notice of the file, finds that the Motion is of merit and should be GRANTED.

The Motion to Quash/Modify filed by Hudspeth County, Texas on December 26, is hereby WITHDRAWN.

IT IS ORDERED.

Signed this 4th day of February 2025.

_____
The Honorable David Briones
Senior United States District Judge