IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, as Next Friend of S.S.C., §
minor child, Individually and for and §
on behalf of All Those Who Are Entitled to §
Recover Under the Texas Wrongful Death §
and Survival Acts for the Death of §    CIVIL ACTION NO. 3:24-CV-00059-DB
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
Plaintiffs, §
§
§
v. §
§
LASALLE CORRECTIONS V LLC, §
§
Defendant, §

## ORDER GRANTING PLAINTIFF'S UNOPPOSED TO UNSEAL PROTECTIVE ORDER (ECF 43)

Having considered Plaintiffs' Motion to Unseal the Confidentiality and Protective Order

(ECF 43), the Court is of the opinion that said motion should be **GRANTED**.

IT IS HEREBY ORDERED that the Parties Confidentiality and Protective Order (ECF 43)

be UNSEALED and FILED by the Clerk of the Court and remain open to the public.

IT is further ordered that Plaintiffs' Unopposed Motion To Unseal Protective Order should

be UNSEALED and FILED by the Clerk fot he Court and remain open to the public.

SO ORDERED.

SIGNED AND ENTERED this 20th day of MARCH, 2025.

_____
DAVID BRIONES
Senior U.S. District Judge