IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, Individually and Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § § § § § | 3:24-CV-00059-DB |
| Plaintiffs, | | |
| v. | | |
| LASALLE CORRECTIONS V LLC, | | |
| Defendant. | | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**ON THIS DAY** came on to be considered Defendant's Motion for Summary Judgment. The Court, having considered such motion, the response and reply, is of the opinion that such motion is well taken and should be granted.

It is there, **ODERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is hereby **GRANTED**.

**SIGNED** this _____ day of _____, 2025.

_____
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

46Y8635