IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | | |
| *Defendant*. | | |

**ORDER DENYING DEFENDANT'S OPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING**

On this day came to be considered the Defendant's Opposed Motion for Continuance of Trial Setting. After reviewing the Motion, as well as the responses thereto and hearing arguments, after due consideration, the Court finds that the Motion should be **DENIED.**

IT IS HEREBY ORDERED that Defendant's Opposed Motion for Continuance of Trial Setting is **DENIED** in its entirety.

SIGNED AND ENTERED this _____ day of _____, 2025.

_____
HON. DAVID BRIONES
Senior U.S. District Judge

pg. 1