IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, Individually and Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO,<br><br>    Plaintiffs,<br><br>v.<br><br>LASALLE CORRECTIONS V LLC,<br><br>    Defendant. | § § § § § § § § § § § § § § § § § § § | 3:24-CV-00059-DB |

## ORDER GRANTING CONTINUANCE OF TRIAL SETTING

On this day came on to be considered the motion of Defendant LA SALLE CORRECTIONS V, LLC ("Defendant") for continuance of the current trial setting of May 27, 2025. The Court having considered Defendant's Motion for Continuance finds the Motion well taken and is of the opinion that the Motion should be granted.

**IT IS, THEREFORE, ORDERED and DECREED** that the trial setting of May 27, 2025, set forth in the Court's Scheduling Order (ECF No. 19) will be vacated and reset as follows:

The trial is continued and now set for trial on ___August 19, 2025 @ 1:00 pm___

The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

**SIGNED** this _2nd_ day of ___May___, 2025.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE