IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| Defendant, | § | |

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR TESTIMONY BY VIDEOAPPEARANCE

On this day came to be Plaintiff's Opposed Motion for Testimony by Videoappearance, the court is of the opinion that said motion should be granted. After reviewing the Motion, as well as the responses thereto and the arguments made by the parties, after due consideration, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Opposed Motion for Testimony by Videoappearance is GRANTED.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 43(a) Plaintiffs Napoleón Sepúlveda Moreno, Luz Maria Martinez Castro, and Sandra Lizette Cardenas Ramirez are permitted to testify at trial via videoconference.

IT IS FURTHER ORDERED that Plaintiffs Napoleón Sepúlveda Moreno, Luz Maria Martinez Castro, and Sandra Lizette Cardenas Ramirez are excused from appearing in person at trial.

SO ORDERED.

SIGNED AND ENTERED this 5 day of ___MAY___, 20 25.

_____

DAVID BRIONES, Senior U.S. District Judge