IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, as Next Friend of S.S.C., §
minor child, Individually and for and §
on behalf of All Those Who Are Entitled to §
Recover Under the Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
  *Plaintiffs*, §
§
v. §   CIVIL ACTION NO. 3:24-CV-00059-DB
§
LASALLE CORRECTIONS V LLC, §
§     Jury Trial Demand
  *Defendant*, §

## ORDER DENYING PLAINTIFF'S MOTION FOR
## PRELIMINARY MOTION IN LIMINE PRIOR TO TRIAL DEPOSITIONS

On this day, the Court considered Plaintiffs' Opposed Motion for Preliminary Motion in

Limine Prior to Trial Depositions (ECF No. 92) and Defendant LaSalle Corrections V, LLC's

Response in Opposition thereto, and any reply filed in support. After due consideration, the Court

finds that the motion should be **DENIED**.

It is therefore **ORDERED** that Plaintiffs' Opposed Motion for Preliminary Motion in

Limine Prior to Trial Depositions is hereby **DENIED**.

SIGNED this __16__ day of __July__, 2025.

              _____
              HON. DAVID BRIONES
              SENIOR UNITED STATES DISTRICT JUDGE

1