IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> LASALLE CORRECTIONS V LLC, <br><br> Defendant, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:24-CV-00059-DB |

## ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES

On this day came to be considered Defendant's Motion for Leave to Designate Responsible Third Parties, [ECF No. 77], the court is of the opinion that said motion should be denied. After reviewing the Motion, as well as the responses thereto and hearing arguments, after due consideration, the Court finds that the Motion should be DENIED.

IT IS HEREBY ORDERED that Defendant's Motion for Leave to Designate Responsible Third Parties is DENIED.

SO ORDERED.

SIGNED AND ENTERED this 22ᴬᴰ day of July, 20 25.

DAVID BRIONES, Senior U.S. District Judge