IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § | |
| *Defendant*, | § § | Jury Trial Demand |

**ORDER GRANTING LASALLE CORRECTIONS V, LLC'S**
**OPPOSED SECOND MOTION FOR CONTINUANCE**

Before the Court is Defendant LaSalle Corrections V, LLC's Opposed Second Motion for Continuance. After considering the motion and the arguments presented, the Court finds that the motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the trial setting currently scheduled for August 19, 2025, is **VACATED**. The trial of this matter is hereby reset to a later date to be determined by separate order.

All remaining pretrial deadlines not yet expired shall be adjusted accordingly by further order of the Court. **IT IS SO ORDERED.**

Signed and entered this ___ day of _____, 2025.

_____

DAVID BRIONES, Senior U.S. District Judge

1