IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NAPOLEÓN SEPÚLVEDA MORENO, §
and LUZ MARIA MARTINEZ CASTRO, §
and SANDRA LIZETTE CARDENAS §
RAMIREZ, as Next Friend of §
S.S.C., minor child, §
Individually and for and on behalf of §
All Those Who Are Entitled To Recover §
Under The Texas Wrongful Death §
and Survival Acts for the Death of §
JESUS IVAN SEPÚLVEDA MARTINEZ, §
and BRENDA BERENICE CASIAS §
CARRILLO, §
§
  *Plaintiffs*, §
§
§
v. §   NO. 3:24-CV-00059-DB
§
LASALLE CORRECTIONS V LLC, §
§
  *Defendant.* §

## ORDER DENYING DEFENDANT'S SECOND OPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING

On this day came to be considered the Defendant's Second Opposed Motion for Continuance of Trial Setting. After reviewing the Motion, as well as the responses thereto, and after due consideration, the Court finds that the Motion should be **DENIED.**

IT IS HEREBY ORDERED that Defendant's Second Opposed Motion for Continuance of Trial Setting is **DENIED** in its entirety.

SIGNED AND ENTERED this 25th day of July, 2025.

_____
HON. DAVID BRIONES
Senior U.S. District Judge