IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, § <br> and LUZ MARIA MARTINEZ CASTRO, § <br> and SANDRA LIZETTE CARDENAS § <br> RAMIREZ, as Next Friend of § <br> S.S.C., minor child, § <br> Individually and for and on behalf of § <br> All Those Who Are Entitled To Recover § <br> Under The Texas Wrongful Death § <br> and Survival Acts for the Death of § <br> JESUS IVAN SEPÚLVEDA MARTINEZ, § <br> and BRENDA BERENICE CASIAS § <br> CARRILLO, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> LASALLE CORRECTIONS V LLC, § <br> § <br> *Defendant*. § | NO. 3:24-CV-00059-DB |

## PLAINTIFFS' WITNESS LIST

TO THE HONORABLE DAVID BRIONES, SENIOR UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs, NAPOLEON SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, and BRENDA BERENICE CASIAS CARRILLO in the above-entitled and captioned cause and pursuant to Local Rule CV-16(f)(5), submit their Witness List as follows:

### Witnesses Expected to Testify

1. **Napoleon Sepúlveda Moreno,** Plaintiff, c/o Christopher Benoit, attorney for Plaintiff

2. **Luz Maria Martinez** Plaintiff, c/o Christopher Benoit, attorney for Plaintiff

3. **Sandra Lizette Cardenas Ramirez**, as Next Friend of S.S.C., minor child, S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of Jesús Ivan Napoleón Martínez, Plaintiff, c/o Christopher Benoit, attorney for Plaintiff

4. **Brenda Berenice Casias Carrillo**, Plaintiff, c/o Christopher Benoit, attorney for Plaintiff

5. **Arvin West**, Hudspeth County Sheriff, PO Box 39, Sierra Blanca, TX 79851, Phone: (915) 369-2161, Email: sheriff@hudspethsheriff.org

6. **Andrew Virdell**, Former Hudspeth County Commissioner, 607 W. Broadway, Van Horn, Texas 79855, Phone: , Email: (432) 284-9141, highcountry1@windstream.net

7. **Michael Rose**, Hudspeth County Water Control & Improvement District #1, P.O. Box 188, Sierra Blanca, TX 79851, (915) 369-2221

8. **Robert ("Jay") Eason**, c/o attorneys for LaSalle Corrections V, LLC

9. **Fausto A. Rodriguez, M.D.,** Pathologist, Autopsy Pathology Service**,** 12154 Coral Gate Dr., El Paso, TX 79936, Tel (915) 855-2454, and/or New Haven Trinity Mortuary Service Morgue, 109 Seneca Dr., El Paso, TX 79915

    Dr. Rodriguez is employed by Autopsy Pathology Service. He conducted the autopsy of Jesús Ivan Sepúlveda Martínez. He will explain how he conducted his autopsy, what he found inside Mr. Sepúlveda Martinez's body, and his expert opinion that Mr. Sepúlveda Martínez died of a shotgun wound to the head. He will testify as to Mr. Sepúlveda Martínez's pain and suffering prior to his death.

10. **Stephen Flaherty, M.D.**, Del Sol Medical Center Campus of LPDS, 10301 Gateway West Blvd., El Paso, Texas 79925

    Dr. Flaherty is a trauma surgeon with Del Sol Medical Center Campus. He was the attending surgeon overseeing care of Brenda Berenice Casias Carrillo during her hospitalization immediately after she was wounded on September 27, 2025. He will testify as to Ms. Casias' treatment while under his care, his observations of her physical injuries, her pain and suffering, the disfigurement and physical impairment caused by the shotgun wound, and his medical opinion regarding prognosis of her injuries upon discharge.

## Witnesses Who May Testify

11. **Brenda Sanchez,** Custodian of Records for Hudspeth County & District Clerk, PO Box 58, Sierra Blanca, TX 79851, Phone: (915) 369-2301, Email: bsanchez@co.hudspeth.tx.us

12. **Susan D. Maldonado**, Custodian of Records Del Sol Medical Center, 10301 Gateway Blvd W, El Paso, Texas 79925, Phone: (915) 263-5656

13. **Belinda Vasquez**, Custodian of Records University Medical Center, 4815 Alameda Ave., El Paso, Texas 79905

14. **Mary Lewis**, Hudspeth County Sheriff, PO Box 39, Sierra Blanca, TX 79851, Phone: (915) 369-2161

    Plaintiffs reserve the right to call witnesses not identified herein, for the sole purpose of impeachment.

Respectfully submitted,

BENOIT LEGAL, P.L.L.C.
311 Montana Ave, Suite B
El Paso, Texas 79902
(915)532-5544
(915) 532-5566 Fax

/s/ *Christopher Benoit*
Christopher Benoit
Texas Bar No. 24068653
chris@coylefirm.com

and

LYNN COYLE
Texas Bar No. 24050049
LYNN COYLE, ESQ.
2700 Richmond Ave.
El Paso, Texas 79930
lynn@coylefirm.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 8, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Christopher Benoit*
Christopher Benoit