IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, § <br> and LUZ MARIA MARTINEZ CASTRO, § <br> and SANDRA LIZETTE CARDENAS § <br> RAMIREZ, as Next Friend of § <br> S.S.C., minor child, § <br> Individually and for and on behalf of § <br> All Those Who Are Entitled To Recover § <br> Under The Texas Wrongful Death § <br> and Survival Acts for the Death of § <br> JESUS IVAN SEPÚLVEDA MARTINEZ, § <br> and BRENDA BERENICE CASIAS § <br> CARRILLO, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> LASALLE CORRECTIONS V LLC, § <br> § <br> *Defendant*. § | NO. 3:24-CV-00059-DB |

## **PLAINTIFFS' ESTIMATED LENGTH OF TRIAL**

TO THE HONORABLE DAVID BRIONES, SENIOR UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs, NAPOLEON SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, and BRENDA BERENICE CASIAS CARRILLO in the above-entitled and captioned cause and pursuant to Local Rule CV-16(f)(10), submit their Estimate of the Probable Length of Trial as follows:

Plaintiffs estimate that they will need approximately three and a half (3.5) eight-hour days maximum to present Plaintiffs' case-in-chief.

Respectfully submitted,

BENOIT LEGAL, P.L.L.C.
311 Montana Ave, Suite B
El Paso, Texas 79902
(915)532-5544
(915) 532-5566 Fax

/s/ *Christopher Benoit*
Christopher Benoit
Texas Bar No. 24068653
chris@coylefirm.com

and

LYNN COYLE
Texas Bar No. 24050049
LYNN COYLE, ESQ.
2700 Richmond Ave.
El Paso, Texas 79930
lynn@coylefirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 8, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Christopher Benoit*
Christopher Benoit