IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, <br><br> *Plaintiffs*, <br><br> v. <br><br> LASALLE CORRECTIONS V LLC, <br><br> *Defendant*. | §§§§§§§§§§§§§§§§§§§§§ | NO. 3:24-CV-00059-DB |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE COURT'S TIME LIMIT ON VIDEO TESTIMONY

On this day came to be considered the Plaintiffs' Unopposed Motion for Leave to Exceed the Court's Time Limit on Video Testimony for Testimony of Michael Sheppard. After reviewing the Motion and after due consideration, the Court finds that the Motion should be **GRANTED.**

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Exceed the Court's Time Limit on Video Testimony for Testimony of Michael Sheppard is **GRANTED**.

It is therefore ORDERED that Plaintiffs are permitted to present 35:52 minutes of Michael Sheppard video testimony to the jury.

SIGNED AND ENTERED this 11th day of ____Aug.____, 2025.

HON. DAVID BRIONES
Senior U.S. District Judge