# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

NAPOLEON SEPULVEDA MORENO, LUZ  §
MARIA MARTINEZ CASTRO, SANDRA    §     CIVIL NO:
LIZETTE CARDENAS RAMIREZ,         §     EP:24-CV-00059-DB
BRENDA BERENICE CASIAS CARRILLO  §
                                      §

vs.

LASALLE CORRECTIONS V LLC, BILL
HICKS DISTRICT ATTORNEY FOR THE
34TH JUDICIAL DISTRICT, HUDSPETH
COUNTY, TEXAS

## <u>ORDER RESETTING STATUS CONFERENCE/JURY SELECTION/JURY TRIAL</u>

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE/JURY SELECTION/JURY TRIAL** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Tuesday, August 19, 2025 at 10:30 AM**.

     IT IS SO ORDERED this 12th day of August, 2025.


_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE