IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | NO. 3:24-CV-00059-DB |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant*. | § | |

## PLAINTIFFS' OBJECTIONS TO DEFENDANT LASALLE CORRECTIONS V, LLC'S EXHIBIT LIST

TO THE HONORABLE DAVID BRIONES, SENIOR UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs in the above-entitled and captioned cause and pursuant to Local Rule CV-16(g)(2), file their objections to Defendant LaSalle Corrections V, LLC's Exhibit List. In support of their objections, Plaintiffs hereby submit the following:

## SPECIFIC OBJECTIONS

| Exhibit | Title or Description | Objection | Sustained/ Overruled | Partial Ruling |
|---|---|---|---|---|
| D-9 | LaSalle Corrections List of Vehicles. LaSalle 000327-000328 | Objection on basis of Fed. R. Evid. 401 and 403. May withdraw | | |

| | | | | |
|---|---|---|---|---|
| | | objection by time of trial. | | |
| D-12 | Photo of Map. | Objection on basis of Fed. R. Evid. 401 and 403. May withdraw objection by time of trial. | | |
| D-13 | Title and Purchase Documents for LaSalle Work Truck LaSalle 000225-000226 | Objection on basis of Fed. R. Evid. 401 and 403. May withdraw objection by time of trial. | | |
| D-14 | Department of Homeland Security Office of Inspector General Report of Investigation and Related Correspondence Plaintiffs 001676-001704 | Objection on basis of Fed. R. Evid. 401 and 403. | | |

Respectfully submitted,

BENOIT LEGAL, P.L.L.C.
311 Montana Ave, Suite B
El Paso, Texas 79902
(915)532-5544
(915) 532-5566 Fax

/s/ *Christopher Benoit*
Christopher Benoit
Texas Bar No. 24068653
chris@coylefirm.com

and

LYNN COYLE
Texas Bar No. 24050049
LYNN COYLE, ESQ.
2700 Richmond Ave.
El Paso, Texas 79930
lynn@coylefirm.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 12, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Christopher Benoit*
Christopher Benoit