IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled To Recover Under The Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, <br><br>*Plaintiffs*, <br><br>v. <br><br>LASALLE CORRECTIONS V LLC, <br><br>*Defendant*. | § § § § § § § § § § § § § § § § § § § § § | NO. 3:24-CV-00059-DB |

## PLAINTIFFS' SECOND AMENDED EXHIBIT LIST

TO THE HONORABLE DAVID BRIONES, SENIOR UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs, NAPOLEON SEPÚLVEDA MORENO, LUZ MARIA MARTINEZ CASTRO, SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, and BRENDA BERENICE CASIAS CARRILLO in the above-entitled and captioned cause and pursuant to Local Rule CV-16(f)(4):

## FIRST AMENDED EXHIBIT LIST

### WILL USE

| No. | Description | Offer | Object | Date Admit | Deny |
|---|---|---|---|---|---|
| P-1 | Emerald Job Description (LaSalle 25) | | | | |
| P-2 | LaSalle Job Description (LaSalle 173-174) | | | | |
| P-3 | PAF for LaSalle (LaSalle 96-97) | | | | |

| | | | | |
|---|---|---|---|---|
| P-4 | September 13, 2022, County Meeting Agenda and Minutes (Plaintiffs 1934-1940, 1792-1832, 2067-2077) | | | |
| P-5 | County IGSA Amendment and DOWQ from County (Plaintiffs 1934-1940, 2126-2130) | | | |
| P-6 | HCWCID #1 Agendas and Minutes (Plaintiffs 1531-1532, 1547, 1537-1538, 1535-1536, 1556-1558, 1543-1544, 1576-1577, 2172-2197, 2205-2206, 2251) | | | |
| P-7 | September 13, 2022 Correspondence (LaSalle 320-322) | | | |
| P-8 | Texas A&M Report (Exhibit 11 of 30b6 Deposition) | | | |
| P-9 | Photo of 717 Wilson (Exhibit 2 of Sheppard Deposition) | | | |
| P-10 | Photos of Jesus Sepulveda Martinez and Family (Plaintiffs 1739-1758) | | | |
| P-11 | Photos of Casias Carrillo's family (Plaintiffs 1706-1707) | | | |
| P-12 | FBI Crime Scene Photos (**Sealed, Court Custody**) | | 7/16/2025[1] | |
| P-13 | S2.P3 Vehicle photographs 2024-10-24 12.07.19 Vehicle (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-14 | Fragments of shotgun shell, (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-15 | FBI Vehicle Photos 1 2024-10-24 12.12.07 (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-16 | Wilson 2 & 3 Log video (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-17 | Wilson 4 Log (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-18 | S10 Drone Footage (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-19 | Aerial Footage (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-20 | MSheppard interview (**Sealed, Court Custody**) | | 7/16/2025 | |
| P-21 | Booking Photo of Michael and Mark Sheppard (https://kfoxtv.com/news/local/gallery/twin-brothers-mark-and-mike-sheppard-appear-for-bond-hearing-sierra-blanca?photo=1) | | | |

---

[1] *See,* [ECF No. 98] for admission of all items listed as admitted on July 16, 2025.

**MAY USE**

| No. | Description | Offer | Object | Date Admit | Deny |
|---|---|---|---|---|---|
| P-22 | ECF No. 45-1 (**Sealed**) | | | 7/16/2025 | |
| P-23 | ECF No. 45-2 (**Sealed**) | | | 7/16/2025 | |
| P-24 | ECF No. 45-3 (pages 1-7) (**Sealed**) | | | 7/16/2025 | |
| P-25 | ECF No. 45-4 (**Sealed**) | | | 7/16/2025 | |
| P-26 | ECF No. 45-6 (**Sealed**) | | | 7/16/2025 | |
| P-27 | ECF No. 45-7(**Sealed**) | | | 7/16/2025 | |
| P-28 | Audio from Plaintiff Casias Carrillo (Plaintiffs 1708, 1709, 1710) | | | | |
| P-29 | FPBDS Standards (www.usmarshals.gov/prisoner/detention-standards.htm) | | | | |
| P-30 | Plaintiff Casias Carrillo Del Sol Records (Plaintiffs 53-74, 79-83, 89-114, 115-120, 131-135, 145-163, 289-302, 316-317, 318-320, 357-360, 572-577, 870-877) | | | | |
| P-31 | Plaintiff Casias Carrillo University Medical Center Records (Plaintiffs 885, 887-898, 1252-1265, 1275-1278, 1290-1292, 1296-1301) | | | | |
| P-32 | Birth Certificates/Actas de Nacimiento (Plaintiffs 1712, 1713, 1717) | | | | |
| P-33 | HCWCID #1 Budget (Plaintiffs 1556-1609) | | | | |
| P-34 | Ashely Killough, Rosa Flores, and Ed Lavandera, A former prison warden and his brother face additional charges in the shooting of migrants in West Texas6, CNN (Oct. 7, 2022), https://www.cnn.com/2022/10/07/us/texas-brothers-sheppard-migrants-shooting (Plaintiffs 1634-1638) | | | | |
| P-35 | Letter (LaSalle 23) | | | | |
| P-36 | Jesús Ivan Sepúlveda Martínez Autopsy Report (Plaintiffs 1759-1788 | | | | |

Plaintiffs reserve the right to use and refer to exhibits on Defendant's Exhibit List, as yet unknown.

Plaintiffs reserve the right to submit additional exhibits, the need for which cannot be reasonably anticipated at the present time, for purposes of rebuttal or impeachment, should the need arise.

Respectfully submitted,

BENOIT LEGAL, P.L.L.C.
311 Montana Ave, Suite B
El Paso, Texas 79902
(915)532-5544
(915) 532-5566 Fax

/s/ *Christopher Benoit*
Christopher Benoit
Texas Bar No. 24068653
chris@coylefirm.com

and

LYNN COYLE
Texas Bar No. 24050049
LYNN COYLE, ESQ.
2700 Richmond Ave.
El Paso, Texas 79930
lynn@coylefirm.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 14, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Christopher Benoit*
Christopher Benoit