IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, <br> and LUZ MARIA MARTINEZ CASTRO, <br> and SANDRA LIZETTE CARDENAS <br> RAMIREZ, as Next Friend of <br> S.S.C., minor child, <br> Individually and for and on behalf of <br> All Those Who Are Entitled To Recover <br> Under The Texas Wrongful Death <br> and Survival Acts for the Death of <br> JESUS IVAN SEPÚLVEDA MARTINEZ, <br> and BRENDA BERENICE CASIAS <br> CARRILLO, <br><br>     Plaintiffs, <br><br> v. <br><br> LASALLE CORRECTIONS V LLC, <br><br>     Defendant, | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-00059-DB |

**ORDER GRANTING JOINT MOTION TO HOLD
GUARDIAN AD LITEM HEARING REMOTELY**

ON THIS DAY came to be considered the Parties Joint Motion to Hold Guardian Ad Litem Hearing Remotely.

The Court having considered the joint motion find that the Motion should be GRANTED.

IT IS HEREBY ORDERED THAT the Court will hold a settlement approval hearing for the settlement of claims related to S.S.C. and R.S.C. pursuant to Fed. R. Civ. P. 17. The hearing will take place on _____ at _____ am/pm and will take place virtually so all parties may attend. The Court will send out attendance information separately.

IT IS FURTHER ORDERED THAT the Court appoints _____ to act as guardian ad litem in this Fed. R. Civ. P. 17.

SIGNED AND ENTERED this _____ day of _____, 2025.

_____
HON. DAVID BRIONES
Senior U.S. District Judge

**APPROVED AS TO FORM:**

BENOIT LEGAL, PLLC

/s/ Christopher Benoit
Christopher Benoit
***Attorney for Plaintiffs***


KEMP SMITH LLP

/s/ Ancel Escobar
Ancel Escobar
Rachel C. Moreno
and
BRACKETT & ELLIS
Manuel Ramos
C. Reed Loftis
***Attorneys for Defendant***