**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NAPOLEÓN SEPÚLVEDA MORENO, et al.,** | § § § | |
| **Plaintiffs,** | § § | **EP-24-CV-00059-DB** |
| **v.** | § § § | |
| **LASALLE CORRECTIONS V LLC,** | § § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the above-captioned case. During its October 23, 2025, hearing, the Court indicated its approval of the parties' settlement. A written order is forthcoming. Having considered the parties' assertions during the hearing, the Court will set a deadline for receipt of dismissal documentation.

Accordingly, **IT IS HEREBY ORDERED** that either party **SHALL SUBMIT** a stipulation of dismissal or the equivalent within **THIRTY (30) DAYS** or seek leave of Court for additional time to finalize settlement agreements.

**SIGNED** this **23rd** day of **October 2025**.

_____

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**