IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | § § § | CIVIL ACTION NO. 3:24-CV-00059-DB |
| v. | § § | |
| LASALLE CORRECTIONS V LLC, | § § § | |
| *Defendant*, | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL THE ORDER APPROVING SETTLEMENT AND GUARDIAN AD LITEM REPORT**

Having considered Plaintiffs' Motion to Seal the Order Approving Settlement and Guardian Ad Litem Report, the Court is of the opinion that said motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the Motion to Seal, ECF No. 134, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Guardian Ad Litem Report (Doc. 132) and the forthcoming Order Approving Settlement will be **FILED** by the Clerk of the Court as a **SEALED** document unavailable to the public.

**SO ORDERED.**

**SIGNED AND ENTERED** this **24th day of October 2025.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**