IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, and LUZ MARIA MARTINEZ CASTRO, and SANDRA LIZETTE CARDENAS RAMIREZ, as Next Friend of S.S.C., minor child, Individually and for and on behalf of All Those Who Are Entitled to Recover Under the Texas Wrongful Death and Survival Acts for the Death of JESUS IVAN SEPÚLVEDA MARTINEZ, and BRENDA BERENICE CASIAS CARRILLO, <br><br>*Plaintiffs*, <br><br> v. <br><br> LASALLE CORRECTIONS V LLC, <br><br> *Defendant*, | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-CV-00059-DB |

## ORDER GRANTING PARTIES MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Having considered Plaintiffs' Joint Motion for Entry of Agreed Final Judgment, the Court

is of the opinion that said motion should be **GRANTED**.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Final Judgment will be FILED by the Clerk of the

Court.

SO ORDERED.

SIGNED AND ENTERED this **25th** day of **November 2025.**

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE