IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NAPOLEÓN SEPÚLVEDA MORENO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>LASALLE CORRECTIONS V LLC,<br>    Defendant. | §<br>§<br>§<br>§   EP-24-CV-00059-DB<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On November 25, 2025, the Court entered an order granting Plaintiff's Joint Motion for Entry of Agreed Final Judgment. ECF No. 140. The Court now enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL CLOSE** this case.

**SIGNED** this **25th** day of **November 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE